IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACK SULLIVAN                                                                    PLAINTIFF

v.                                      Case No. 3:26-cv-00054-LPR

CARMEN PACHECO and
SERGIO JIMENEZ                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related

Orders would not be taken in good faith.

IT IS SO ADJUDGED this 6th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE